# United States Court of Appeals for the Federal Circuit

April 25, 2005

<u>ERRATA</u>

Appeal No. 04-1103

<u>Hoffer. v. Microsoft Corp.</u>

Decided:  April 22, 2005.                    Precedential

In the majority opinion, the following change is made:

At page 6, line 5, of the slip opinion, replace

"date" with -- data --.